UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-62134-CIV-SMITH

HEBER ALEXANDER
MURILLO ESCOBAR,

     Plaintiff,

v.

GARRETT J. RIPA, *et al.*,

     Defendants.

_____/

## FINAL ORDER OF DISMISSAL

This cause is before the Court upon Petitioner's Notice of Status Update [DE 8], indicating that Petitioner received a bond hearing and was subsequently released. Upon consideration, it is

     **ORDERED** that:

1.      This case is **DISMISSED**.  The parties shall bear their own attorney's fees and costs.

2.      This case is **CLOSED**.

     **DONE AND ORDERED** in Fort Lauderdale, Florida this 14th day of August, 2026.

_____

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record